IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BACKSTAGE WEB, INC., *et al.*<br><br>　　Defendants. | Civil Action No. _____<br><br>Jury Trial Demanded |

## PLAINTIFF'S RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Parallel Networks, LLC states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: September 15, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Gregory B. Williams*
　　　　　　　　　　　　　　　　　　　　　　Gregory B. Williams (#4195)
　　　　　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**
　　　　　　　　　　　　　　　　　　　　　　919 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　Suite 1300
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　(302) 622-4211

　　　　　　　　　　　　　　　　　　　　　　Of Counsel:
　　　　　　　　　　　　　　　　　　　　　　George S. Bosy (to be admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　David R. Bennett (to be admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Bosy & Bennett
　　　　　　　　　　　　　　　　　　　　　　300 N. LaSalle Street
　　　　　　　　　　　　　　　　　　　　　　49th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 803-0437
　　　　　　　　　　　　　　　　　　　　　　Email: gbosy@bosybennett.com
　　　　　　　　　　　　　　　　　　　　　　　　　　dbennett@bosybennett.com

　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF PARALLEL
　　　　　　　　　　　　　　　　　　　　　　NETWORKS, LLC