# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> BACKSTAGE WEB, INC., et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 11-822-RGA </br> ) </br> ) </br> ) </br> ) |

## RULE 41(a) STIPULATION AND ORDER TO DISMISS
## DEFENDANT BROOKS SPORTS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Parallel Networks, LLC ("Parallel Networks") and Defendant Brooks Sports, Inc. ("Brooks Sports") hereby stipulate and jointly move that all of their claims and counterclaims against each other in the present proceeding be dismissed without prejudice. The parties shall bear their own costs and attorneys' fees.

/s/ Gregory B. Williams
Gregory B. Williams (#4195)
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4211
gwilliams@foxrothschild.com

*Attorneys for Plaintiff*
*Parallel Networks, LLC*

Date: December 12, 2011

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant*
*Brooks Sports, Inc.*

2

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2011.

_____
United States District Court Judge