IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BACKSTAGE WEB, INC., et al.,<br><br>    Defendants. | Civil Action No. 11-822-RGA<br><br>Jury Trial Demanded |

### PLAINTIFF'S ANSWER TO THE COUNTERCLAIMS OF MICHAEL STARS, INC.

Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby Answers the Counterclaims [Dkt. No. 103] of Defendant Michael Stars, Inc. ("Michael Stars"), by corresponding paragraph number as follows:

#### ANSWER TO COUNTERCLAIMS

#### Nature of the Action

1. Admitted that Michael Stars' counterclaim seeks a judgment declaring that all claims of the '111 patent are invalid and/or not infringed by Michael Stars, but denied that Michael Stars is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 1.

#### Jurisdiction and Venue

2. Admitted.

#### The Parties

3. Admitted.

4. Denied. Parallel Networks' is a Texas Limited Liability Company with its place of business, effective October 1, 2011, at 1700 Pacific Avenue, Suite 2320, Dallas, Texas 75201.

1

### Acts Giving Rise to the Counterclaim

5.  Admitted.

6.  Admitted.

7.  Denied.

### COUNTERCLAIM COUNT 1
### Declaratory Judgment of Invalidity and Non-Infringement of
### U.S. Patent No. 6,446,111 (28 U.S.C. §§ 2201 and 2202)

8.  Parallel Networks incorporates by reference its responses to the preceding paragraphs as if fully set forth herein.

9.  Denied.

10. Denied.

11. Denied.

### Prayer for Relief

Parallel Networks denies that Michael Stars is entitled to any relief, including that requested in its Prayer.

Respectfully submitted,

By: /s/ Gregory B. Williams
Gregory B. Williams (I.D. No. 4195)
**FOX ROTHSCHILD LLP**
919 N. Market Street
Suite 1300
Wilmington, DE 19899
(302) 622-4211
gwilliams@foxrothschild.com

Of Counsel:
George S. Bosy (admitted *pro hac vice*)
David R. Bennett (admitted *pro hac vice*)
Bosy & Bennett
300 N. LaSalle Street
49th Floor

2

Chicago, IL 60654
Telephone: (312) 803-0437
Email: gbosy@bosybennett.com
dbennett@bosybennett.com

*Attorneys for Plaintiff
Parallel Networks, LLC*

Date: January 4, 2012

## CERTIFICATE OF SERVICE

I, Gregory B. Williams, hereby certify that copies of Plaintiff's Answer to the Counterclaims of Michael Stars, Inc. were served this 4th day of January, 2012, via CM/ECF, on all counsel of record.

/s/ Gregory B. Williams
Gregory B. Williams (I.D. No. 4195)
